UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MONROE HUTCHINSON,<br><br>    Petitioner,<br><br>  v.<br><br>RANDY GROUNDS, Warden,<br><br>    Respondent.<br>_____/ | No. C 12-1655 YGR (PR)<br><br>**JUDGMENT** |

The action having been dismissed, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

DATED: January 10, 2013

                                                        YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE